UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Roxanne Glover, Plaintiff,
v.
Nationwide Credit, Inc.,
Defendant

-----------------------------------------------------------X

Case No. 19-CV-4579(PKC)(SMG)

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:  Opposing Counsel
     Kirsten H. Smith, Sessions, Fishman, Nathan & Israel

     3850 N. Causeway Blvd, Suite 200, Metairie, LA 70002

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I Mary E. Philipps will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of Philipps & Philipps, Ltd. and a member in good standing of the bar(s) of the State(s) of Illinois , as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Plaintiff Roxanne Glover . There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: 9/17/2019

Respectfully submitted,

*[signature]*
Signature of Movant
Firm Name  Philipps & Philipps, Ltd.
Address  9760 S. Roberts Rd, Suite C
         Palos Hills, IL 60465
Email  mephilipps@aol.com
Phone  (708) 974-2900