UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Roxanne Glover

                            Plaintiff(s),

v.

Nationwide Credit, Inc.,

                            Defendant(s).

---

Case No. 19-CV-4579 (PKC)(SMG)

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE*

---

I, Mary E. Philipps, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of Philipps & Philipps, Ltd.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Illinois.
4. There are no pending disciplinary proceedings against me in any state or federal court
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.
6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: 06197113
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 19-CV-4579 for Roxanne Glover.

Date 9/16/19
Palos Hills, IL

Signature of Movant
Firm Name Philipps & Philipps, Ltd.
Address 9760 S. Roberts Road Suite One
Palos Hills, Illinois 60465
Email mephilipps@aol.com
Phone 708-974-2900

NOTARIZED

OFFICIAL SEAL
EVA M. FALZONE
Notary Public - State of Illinois
My Commission Expires 5/02/2021